E-FILED
Tuesday, 12 December, 2006 11:58:35 AM
Clerk, U.S. District Court, ILCD

# United States District Court

_____ CENTRAL _____ DISTRICT OF _____ ILLINOIS _____

**FILED**
DEC 1 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.

ALI SALEH KAHLAH AL-MARRI
a/k/a "Abdullakareem A. Almuslam

**WARRANT FOR ARREST**

CASE NO. 03-6020M

RECEIVED
2003 MAY -5 A 3:33
US MARSHAL SERVICE
CENTRAL ILLINOIS

TO: THE UNITED STATES MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest __ALI SALEH KAHLAH AL-MARRI a/k/a Abdullakareem A. Almuslam__, and bring him forthwith to the nearest magistrate to answer a complaint charging him with

See Six Count Complaint attached hereto and incorporated herein by this reference

RECEIVED
2003 MAY -6 P 1:17
US MARSHALS SERVICE
CENTRAL ILLINOIS

in violation of Title __18__ United States Code, Section(s) __1001, 1014 and 1028__

| | |
|---|---|
| __John A. Gorman__ | __United States Magistrate Judge__ |
| Name of Issuing Officer | Title of Issuing Officer |
| s/ John A. Gorman | May 1, 2003    Peoria, Illinois |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __No Bond__ by __John A. Gorman, United States Magistrate Judge__
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at __S/NY__

| Date Received __5/5/03__ | Name of Arresting Officer __Dawn Corbin__ | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest __5/12/03__ | Title of Arresting Officer __DUSM, S/NY__ | _[signature]_ |